IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT HEIZELMAN,                )<br>                                                        )<br>            Plaintiff,                          )<br>                                                        )<br>      v.                                            )<br>                                                        )<br> CORRECTIONAL OFFICER       )<br> PARKER, CORRECTION OFFICER )<br> ROMRIELL                                 )<br>                                                        )<br>            Defendants.                  )<br> _____ ) | Case No. 07-326-S-LMB<br><br>**JUDGMENT** |

The parties have consented to the jurisdiction of a United States Magistrate Judge to conduct all proceedings in this case, including entering final judgment, in accordance with 28 U.S.C. § 636(c). (Docket No. 13, 15.)

Based on the Court's Memorandum Decision and Order filed herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this cause of action shall be DISMISSED without prejudice.

DATED: **June 8, 2009**.

_____
Honorable Larry M. Boyle
United States Magistrate Judge

**JUDGMENT- 1**